**DRAFT – 9/20/2017 a.m.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACK WESLEY COOPER,<br><br>    Plaintiff,<br><br> v.<br><br>RETRIEVAL-MASTERS CREDITORS BUREAU, INC.,<br><br>    Defendant. | No. 16 C 2827<br><br>Judge Gary Feinerman |

## **VERDICT FORM**

 With respect to statutory damages, we, the jury, award Plaintiff: $ _____.

 With respect to actual damages, we, the jury, award Plaintiff: $ _____.

Date: _____

_____    _____
FOREPERSON

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____